

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00253-CV

Juan **VELA**, Individually and d/b/a Star Moulding Co.,
Appellant

v.

**HOLLAND SOUTHWEST INT. INC.**,
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-17-214
The Honorable Baldemar Garza, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of the appeal are taxed against appellant.

SIGNED September 25, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice